# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

VERONICA RAMOS and ERVIN LOPEZ,

Appellants,

v.

ELIZABETH PEREZ-DIAZ, D.M.D. n/k/a Elizabeth Perks, D.M.D.;
and JJP HEALTHCARE INTERNATIONAL, INC.,

Appellees.

No. 2D23-533

_____

March 22, 2024

Appeal from the Circuit Court for Manatee County; Charles Sniffen, Judge.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Ft. Lauderdale, for Appellants.

Elizabeth S. Wheeler of Berg & Wheeler, P.A., Brandon, for Appellee Elizabeth Perez-Diaz, D.M.D.

No appearance for Appellee JJP Healthcare International, Inc.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.